Commonwealth *v.* Jones, Appellant.

Submitted November 9, 1970. *W. Parker Ruddock,* for appellant; *W. Thomas Malcolm,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The district attorney being in agreement, the order of the court below is reversed and a new trial granted.

Commonwealth *v.* Kasalko, Appellant.

Submitted November 9, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.